

# Fourth Court of Appeals
## San Antonio, Texas

January 21, 2022

No. 04-21-00579-CR

**EX PARTE ERIC URIEL SIFUENTES**, et al,

From the 63rd Judicial District Court, Kinney County, Texas
Trial Court No. 5135
Roland Andrade, Judge Presiding

# O R D E R

On December 22, 2021, appellants, who numbered 144 at the time, filed a notice of appeal of the denial of their pretrial habeas applications and an opposed emergency motion for immediate release under Texas Code of Criminal Procedure article 17.151. On December 23, 2021, we invited the State to file a response to the emergency motion. The State filed a response, appellants filed a reply, and the State filed a surrebuttal.

When the clerk's record was not timely filed, on January 14, 2022, we ordered the parties to file, by 5:00 p.m. on Friday, January 21, 2022, any documents, records, or other papers that were filed with the trial court that they want the court to review in the format described by Texas Rule of Appellate Procedure 52. We also ordered the parties to file, by 5:00 p.m. on Friday, January 28, 2022, any additional briefing they want the court to consider. Finally, we ordered the cause submitted on briefs on Friday, January 28, 2022 before a panel of Justice Beth Watkins, Justice Liza A. Rodriguez, and Justice Lori I. Valenzuela.

On January 20, 2022, the State advised the members of the Court "that the State will not be submitting further documentation or briefing." On January 21, 2022, appellants' counsel advised the court in writing that 140 appellants' appeals had been rendered moot by subsequent events and that only the appeals of Jhony Alexander Cerrato Perez, Jesus Alejandro Rodriguez Gutierrez, Michael David Alvarado-Cerrato, and Ever Rolando Galdamez-Milla still present a live controversy. Appellants also submitted these individuals' criminal trespass complaints, informations, magistrate warnings, and affidavits of indigence.

We will construe all motions and responses filed by the parties and the supporting documents filed by the parties as the briefing in this appeal. Therefore, we withdraw that portion of our January 14, 2022 order directing the parties to file additional briefing by January 28, 2022. All pending motions are carried with the appeal.

We withdraw our submission date of January 28, 2022 and order the case submitted on briefs on January 26, 2022 before the same panel.

It is so **ORDERED** January 21, 2022.

PER CURIAM

ATTESTED TO: _____

MICHAEL A. CRUZ, Clerk of Court